FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2013 APR 19 PM 3:

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JOHN GRAY, )
)
    Plaintiff, )
)
v. )  CASE NO. CV412-150
)
LESIA TAYLOR; HLC HOTELS, INC.; )
GLENN ANDERSON; HLC SAVMT, )
PROPERTIES, LLC; HLC 1 )
PROPERTIES, L.P.; HLC 7080 )
ABERCORN PROPERTIES, LLC; HLC )
MASTER, LLC; HLC GASTONIAN )
PROPERTIES, LLC; HLC FULTON )
PROPERTIES, LLC; HLC NORTH )
PROPERTIES, L.P.; and HLC )
ATLANTA PROPERTIES, L.P., )
)
    Defendants. )
)

## ORDER

Before the Court is the parties' Stipulation of Dismissal. (Doc. 36.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITH PREJUDICE** and each party shall bear its own costs and attorney's fees.[1] The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 19th day of April 2013.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] As a result, all pending motions are **DISMISSED AS MOOT**.